UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
_____

**SHERRI L. STOCKS,**
          **Plaintiff,**

v.                                     Case No. 15-cv-1496

**DOALL COMPANY,**
          **Defendant.**
_____

## DECISION AND ORDER

      Plaintiff Sherri Stocks brings this purported class action against defendant DoAll Company, alleging federal and state wage and hour law violations. Plaintiff served defendant on December 18, 2015, making its answer due January 8, 2016. As of January 19, 2016, defendant had not filed an answer, and the clerk's office entered default. Defendant now seeks to set aside the entry of default, stating that defendant inadvertently missed the deadline due to end-of-year workload and the need to obtain outside counsel. Plaintiff does not object to the setting aside of the entry of default.

      I may set aside a clerk's entry of default for good cause. Fed. R. Civ. P. 55(c). Given defendant's explanation, defendant's quick action in correcting the default, and the lack of an objection from plaintiff, I find that there is good cause, and I will order the clerk to set aside the entry of default.

      **THEREFORE, IT IS ORDERED** that defendant's motion to set aside default (ECF No. 8) is **GRANTED**. The Clerk shall set aside the entry of default as to defendant DoAll Company.

**IT IS FURTHER ORDERED** that defendant shall file a responsive pleading or motion to plaintiff's complaint on or before **Friday, April 29, 2016**.

Dated at Milwaukee, Wisconsin this 15th day of April 2016.

                                           s/ Lynn Adelman
                                           _____
                                           LYNN ADELMAN
                                           District Judge